UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**06 CV 13358**

GREAT WHITE BEAR, LLC
**Plaintiff**

Case No.

-v-

MERVYNS, LLC

**Rule 7.1 Statement**

**Defendant**



RECEIVED
NOV 20 2006
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __PLAINTIFF__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

PLAINTIFF, GREAT WHITE BEAR, LLC HAS NO PUBLICLY HELD PARENTS, SUBSIDIARIES AND/OR AFFILIATES.

Date: NOVEMBER 17, 2006

Signature of Attorney
PHILIP A. BYLER
**Attorney Bar Code:** PB1234

Form Rule7_1.pdf