UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GREAT WHITE BEAR,

                Plaintiff,

   -against -

MERVYNS, LLC,

                Defendant.
------------------------------------------------------------x

06 Civ. 13358
(RMB)(FM)

**JURY DEMAND**

    Plaintiff Great White Bear, LLC, by its attorneys Nesenoff & Miltenberg, LLP, hereby demands a jury for all issues triable by jury.

**Dated:**    November 17, 2006
                New York, New York

                                        NESENOFF & MILTENBERG, LLP

                                        By: _____
                                            Philip A. Byler, Esq. (PB/1234)

**Attorneys for Plaintiffs**
363 Seventh Avenue - 5th Floor
New York, New York 10001
212.736.4500