UNITED STATES DISTRICT COURT
COUNTY OF

INDEX # : 06 CV 13358
Date Filed: November 20, 2006
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: NESENOFF & MILTENBERG, LLP  PH: 212-736-4500
Address: 363 SEVENTH AVE, 5TH FLR NEW YORK NY 10001   File No.:

### GREAT WHITE BEAR LLC

vs

### MERVYNS, LLC

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF CALIFORNIA, COUNTY OF ALAMEDA  SS.:  **AFFIDAVIT OF SERVICE**

WILLIAM C WAKEMAN JR, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On 12-7-2006 at 11:59 AM,
at 223301 FOOTHILL RD., HAYWARD, CA 94541, deponent served the within
SUMMONS,COMPLAINT JURY DEMAND ,CIVIL COVER SHEET,RULE 7.1 STATEMENT,INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS &INDIVIDUAL PRACTICES OF HON.RICHARD M. BERMAN & AMENDED COMPLAINT

on: **MERVYNS, LLC**, **Defendant** therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [XX]  By delivering thereat a true copy of each to BOBBI KNOWLTON and that deponent knew the person so served to be the RECEPTIONIST/Authorized to Accept Service of the corporation, and authorized to to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON  By delivering a true copy of each to ___ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#5 MAIL COPY  On ___, deponent completed service under the last two sections by depositing a copy of the ___ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ___.
[ ] and by Certified Mail # ___

#6 NON-SRVC  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: ___

#7 DESCRIPTION [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female  Color of skin: White  Color of hair: Black  Age: 42  Height: 5'11"
Weight: 240  Other Features: ___

#8 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of ___ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#10 OTHER  ___

Sworn to before me on 12-11-06

*Desiree Rambaran*

DESIREE RAMBARAN
COMM. # 1518186
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
COMM. EXP. OCT. 7, 2008

Please Print Name Below Signature
WILLIAM C WAKEMAN JR.

Invoice_Work Order # 06031437

SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-491-9485 WWW.SAV-ONPROCESS.COM