**UNITED STATES DISTRICT COURT**
**COUNTY OF**

INDEX # :    06 CV 13358
Date Filed:    November 20, 2006
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys:   NESENOFF & MILTENBERG, LLP   PH: 212-736-4500
Address:   363 SEVENTH AVE, 5TH FLR   NEW YORK NY 10001   File No.:

*GREAT WHITE BEAR LLC*

*vs*

*MERVYNS, LLC*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF   CALIFORNIA   , COUNTY OF   ALAMEDA    SS.:   **AFFIDAVIT OF SERVICE**

WILLIAM C WAKEMAN JR    , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On 12-7-2006     at 11:59 AM   ,

at     223301 FOOTHILL RD., HAYWARD, CA 94541    , deponent served the within

SUMMONS,COMPLAINT JURY DEMAND ,CIVIL COVER SHEET,RULE 7.1 STATEMENT,INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS &INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN & AMENDED COMPLAINT

on:     **MERVYNS, LLC**    ,    **Defendant**    therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [XX]   By delivering thereat a true copy of each to   BOBBI KNOWLTON   and that deponent knew the person so served to be the   RECEPTIONIST/*Authorized to*   of the corporation, and authorized to to accept service on behalf of the corporation.   *Accept Service*

**#3 SUITABLE AGE PERSON** [ ]   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's:    [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY**   On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____. [ ] and by Certified Mail # _____

**#6 NON-SRVC**   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address    [ ] Evading    [ ] Moved left no forwarding [ ] Address does not exist    [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex: Female   Color of skin White   Color of hair Black   Age: 42   Height: 5 11 Weight: 240   Other Features: _____

**#8 WIT. FEES**   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC**   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** _____

Sworn to before me on 12-11-06

*Desiree Rambaran*

DESIREE RAMBARAN
COMM. # 1518186
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
COMM. EXP. OCT. 7, 2008

Please Print Name Below Signature
WILLIAM C WAKEMAN JR.

Invoice_Work Order # 06031437