UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
Great White Bear, LLC,

        Plaintiff,

-against-

Mervyns, LLC,

        Defendant.
----------------------------------------------------------------

06 Civ. 13358 (RMB)(FM)

**STIPULATION AND ORDER**

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel in the above-captioned action, that Defendant Mervyn's, LLC's time to answer, move against, or otherwise respond with respect to the Amended Complaint is hereby extended from December 27, 2006 up to and including January 10, 2007. This is Defendant's first request for extension of time.

       IT IS HEREBY STIPULATED AND AGREED that Plaintiff consents to the extension of time in which the Defendant has to answer, move against, or respond to the Amended Complaint.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/07

12/27/06  WED 10:27  [TX/RX NO 6738]

7/2006 11:16 FAX 12125063641          ORRICK HERRINGTON                    ☒003/003
Case 2:06-cv-13358-RMB-FM   Document 7   Filed 01/02/2007   Page 2 of 2

Dated: New York, New York
       December 19, 2006

Respectfully submitted,

Nesenoff & Miltenberg, LLP                    Orrick, Herrington & Sutcliffe LLP

By: _____                 By: _____
Philip A. Byler (PB-1234)                     Lisa T. Simpson (LS-0694)
363 Seventh Avenue – 5th Floor                Rishona Fleishman (RF-5263)
New York, New York 10001                      666 Fifth Avenue
212-736-4500                                  New York, NY 10103-0001
                                              212-506-5000

Attorneys for Plaintiff                       Attorneys for Defendant
   Great White Bear, LLC                         Mervyns, LLC


SO ORDERED:
                                                          RMB
  12/28/06
_____                        _____
Date                                          Honorable Richard M. Berman
                                              United States District Judge

OHS East:160145924.1                    2
1-3100921 RFO/RFO                       ─

                                                        12/27/06 WED 10:27 [TX/RX NO 6738]