UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Great White Bear, LLC,

        Plaintiff,

-against-

Mervyns, LLC,

        Defendant.

06 Civ. 13358 (RMB)(FM)

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Mervyn's LLC (a private non-governmental entity) certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case.

1. Mervyn's Brands, LLC
2. Mervyn's LLC
3. Mervyn's Holdings, LLC
4. Spencer Industries, Inc.

The parent corporation of Mervyn's Brands, LLC is Mervyn's Holdings, LLC. The parent corporation of Mervyn's LLC is Mervyn's Holdings, LLC. There is no publicly held corporation that owns 10% or more of either Mervyn's LLC's or Mervyn's Brands, LLC's stock.

Dated: New York, New York
January 10, 2007

                                    Orrick, Herrington & Sutcliffe LLP

                                    By _____
Lisa T. Simpson (LS-0694)
Rishona Fleishman (RF-5263)
666 Fifth Avenue
New York, NY  10103-0001
212-506-5000

Attorneys for Defendant
Mervyn's LLC