UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GREAT WHITE BEAR, LLC
                Plaintiff(s),

        - v -

MERVYN'S, LLC
              Defendant(s).
---------------------------------------------------------------X

**Case Management Plan**

CV.     (RMB)

06 CV. 13358

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by __April 16, 2007__

(ii)   Amend the pleadings by __April 16, 2007__

(iii)  All discovery to be expeditiously completed by Fact Discovery: ~~May 3, 2007~~ 6/18/07 / Expert Discovery: ~~October~~ 7/18/07

(iv)  Consent to Proceed before Magistrate Judge __All parties do not consent to trial by Magistrate Judge__

(v)   Status of settlement discussions __None to date__    6/18/07 @ 10:30 with principals

Sections vi through xi will be set at conference with the Court.

(vi)  Motions __2/7/07; 2/28/07; 3/8/07 (on submission)__

(vii) Oral Argument ____

(viii) Joint Pre-Trial Order to be submitted by ____

(ix)  Final Pre-Trial Conference ____

(x)   Trial ____

(xi)  Other ____

SO ORDERED: New York, New York
                    1/17/07

_RMB_
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 1/17/07