UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Great White Bear, LLC,<br><br>      Plaintiff,<br> -against-<br><br>Mervyns, LLC,<br><br>      Defendant. | 06 Civ. 13358 (RMB)(FM)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Rishona Fleishman, attorney for Defendant Mervyn's, LLC and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

   Karen G. Johnson-McKewan
   Orrick, Herrington & Sutcliffe LLP
   The Orrick Building
   405 Howard Street
   San Francisco, CA 94105-2669
   Tel: 415-773-5700
   Fax: 415- 773-5759
   Kjohnson-mckewan@orrick.com

is admitted to practice pro hac vice as counsel for Defendant Mervyn's LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: January 25 2007
   New York, New York

*[Handwritten: Subject to payment of fee to Clerk]*
*[Signature: RMB]*

            Hon. Richard M. Berman
            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/07