UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Great White Bear, LLC,

                Plaintiff,

-against-

Mervyns, LLC,

                Defendant.

06 Civ. 13358 (RMB)(FM)

**ORDER FOR ADMISSION**
**PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Rishona Fleishman, attorney for Defendant Mervyn's, LLC and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Karen G. Johnson-McKewan
    Orrick, Herrington & Sutcliffe LLP
    The Orrick Building
    405 Howard Street
    San Francisco, CA 94105-2669
    Tel: 415-773-5700
    Fax: 415-773-5759
    Kjohnson-mckewan@orrick.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/07

is admitted to practice pro hac vice as counsel for Defendant Mervyn's LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: January 29, 2007
       New York, New York

                                       /s/ RMB
                                    Hon. Richard M. Berman
                                    United States District Judge

## DECLARATION OF SERVICE

I, RISHONA FLEISHMAN, hereby declare that I am over eighteen years of age, not a party to this action; and I am employed by Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

On January 24, 2007, I caused to be served by First Class Mail on counsel for Complainant a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice addressed as follows:

> Philip A. Byler, Esq.
> Nesenoff & Miltenberg, LLP
> 363 Seventh Avenue
> New York, New York  10001

Executed on January 24, 2007 at New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

_____
RISHONA FLEISHMAN