# AFFIDAVIT OF UPS OVERNIGHT

STATE OF NEW YORK    )
                           )ss.:
COUNTY OF NEW YORK  )

      **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 7th day of February, 2007, deponent served a true copy of the annexed **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE (with bate-stamped documents)** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1008 7399, in a pre-paid wrapper addressed to:

**TO:   ORRICK, HERRINGTON & SUTCLIFFE, LLP**
       **Attn: Lisa T. Simpson, Esq.,/Rishone Fleishman, Esq.**
       **666 Fifth Avenue**
       **New York, New York 10103-0001**

                                   **Marianna Bediner**

Sworn to before me this
7th day of February, 2007

**NOTARY PUBLIC**

SHARI S. LASKOWITZ
Notary Public, State of New York
No. 02LA6046659
Qualified in New York County
Commission Expires August 14, 20 10