UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GREAT WHITE BEAR, LLC

                Plaintiff,

-against-

MERVYNS, LLC,

                Defendant.
-------------------------------------------------------------x

06 Civ. 13358 (RMB)(FM)

**NOTICE OF CROSS-MOTION**

     **PLEASE TAKE NOTICE** that upon: (i) the Declaration of Philip A. Byler, Esq. dated March 1, 2007, with exhibits, (ii) the Declaration of Danny Fodiman, dated February 27, 2007, with exhibit, (iii) Plaintiff Great White Bear, LLC's Memorandum of Law In Opposition To Defendant Mervyns's Motion For Judgment On The Pleadings And In Support of Plaintiff Great White Bear's Cross-Motion To Amend, and (iv) all prior proceedings had herein, Plaintiff Great White Bear LLC, through counsel, will move this Court, the Honorable Richard M. Berman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting leave to Plaintiff Great White Bear LLC to file the proposed Second Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
         March 1, 2007

                                  NESENOFF & MILTENBERG, LLP
                                  Attorneys for Plaintiff Great White Bear, LLC

                                  By: ___/s/ Philip A. Byler, Esq.___
                                        Philip A. Byler (PB-1234)

                                  363 Seventh Avenue - 5th Floor
                                  New York, New York 10001
                                  (212) 736-4500

TO:  ORRICK, HERRINGTON & SUTCLIFFE LLP
       Attorneys for Defendant Mervyns, LLC
       Attn.: Lisa T. Simpson, Esq./Rishona Fleishman, Esq.
       666 Fifth Avenue
       New York, New York 10103
       (212) 506-5000