UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GREAT WHITE BEAR, LLC

            **Plaintiff,**

-against -

MERVYNS, LLC,

            **Defendant.**
-------------------------------------------------------------x

06 Civ. 13358 (RMB)(FM)

DECLARATION OF DANNY
FODIMAN IN OPPOSITION
TO MOTION FOR JUDGMENT
ON THE PLEADINGS AND
IN SUPPORT OF CROSS-
MOTION TO AMEND

      **DANNY FODIMAN**, hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

      1. I am the Vice President at Plaintiff Great White Bear, LLC ("Great White Bear") and am the "Danny Fodiman" referenced in paragraphs 7, 9, 10 and 14 of the Amended Complaint of Great White Bear along with Glenn Sands and my father Sandy Fodiman. I have personal knowledge of the facts stated in this Declaration.

      2. I first refer to the following circumstances accurately stated in the Complaint for the context in which a "writing in confirmation," quoted below, was sent to Scott Jeffries, a Senior Buyer of Juniors Sportswear at Mervyns, who replied that the agreed volume would be met with orders in the last twelve months of the eighteen month period. Because Great White Bear needed to give a guarantee of a minimum amount of business to Rampage per the special license for Collections, Mervyns through Scott Jeffries committed to placing orders for $13.2 million at cost allowing for a 10% deviation down (or $11.7 million) over an eighteen-month period per the "R for Rampage" Collections license; and Great White Bear accepted this commitment and relied upon and acted upon it by in turn extending a guarantee to Rampage of $5 million business for 18 months at an 8% royalty, entailing a $400,000 payment by Great White Bear to Rampage. When the next orders came in to Great White Bear from Mervyns, however, those orders were smaller than expected. Glenn Sands, Sandy Fodiman and me at Great White Bear thus questioned whether Mervyns would be hitting the agreed upon numbers per the agreement between Mervyns and Great White Bear, and my father Sandy Fodiman placed a call to Mervyns's Scott Jeffries raising that

-2-

concern. Mervyns's Scott Jeffries returned that call to Great White Bear and reassured us that Mervyns would be making up the initial "light" orders. (See Declaration of Philip A. Byler, Esq. Ex. A: Complaint, ¶¶ 10-12.)

3. It was in this context that at the request of my father (Sandy Fodiman), I sent an e-mail to Scott Jeffries at Mervyns, and Scott Jeffries immediately responded. The e-mail exchange is the Bates stamped document P01091 and attached to this Declaration as Exhibit A. My e-mail stated:

> "Hi Scott[,] Sandy asked me to forward this message to you. He was concerned after the conversation he had with you the other day. Based upon your original phone message which told Sandy that the collections would be $9,000,000 at cost and active would be $4,200,000 at cost (13,200,000) over an 18 month period he wanted to know if we would be able to hit the numbers you had given him. That would translate based on your message to $120,700,000 in retail sales at a 38% maintained guaranteed margin with the initial IMU [initial mark up] at 67%. The reason for this concern is the guarantees which we have already given Rampage. I realize that you had said the number could be aggressive and maybe 10% high but our guarantees are substantial. Please bear this in mind."

(P 01091.) Scott Jeffries responded about one-half hour later:

> "I'll make it up in the last 12 months. Nothing else I can do in this season unless my sales plan is raised to accommodate."

(P 01091.)

The declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       February 27, 2007

/s/____**Danny Fodiman**____
       **Danny Fodiman**



**Previous | Next | Back to Search Results**

This message is not flagged. [ Flag Message - Mark as Unread ]       Printable View

| | |
|---|---|
| Subject: | RE: |
| Date: | Thu, 31 Mar 2005 14:09:39 -0800 |
| From: | "Scott.Jeffries" <Scott.Jeffries@mervyns.com>  View Contact Details  Add Mobile Alert |
| To: | "Danny Fodiman" <dfodiman@yahoo.com> |

I'll make it up in the last 12 months.  Nothing else I can do in this
season unless my sales plan is raised to accommodate.

-----Original Message-----
From: Danny Fodiman [mailto:dfodiman@yahoo.com]
Sent: Thursday, March 31, 2005 1:36 PM
To: Scott.Jeffries
Subject:

Hi Scott Sandy asked me to forward this message to you. He was
concerned
after the conversation he had with you the other day. Based upon your
original phone message which told Sandy that the collections would be
$9,000,000 at cost and active would be $4,200,000 at cost (13,200,000)
over an 18 month period he wanted to know if we would be able to hit
the
numbers you had given him.That would translate based on your message to
$20,700,000 in retail sales at a 38% maintained guaranteed margin with
the initial IMU at 67%. The reason for this concern is the guarantees
which we have already given Rampage. I realize that you had said the
number could be agressive and maybe 10% high but our guarantees are
substantial. Please bear this in mind.  Best Regards,Sandy

**Previous | Next | Search Results**                     Save Message Text | Full Headers

P 01091