# AFFIDAVIT OF UPS OVERNIGHT

STATE OF NEW YORK    )
                        )ss.:
COUNTY OF NEW YORK  )

      **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 1st day of March, 2007, deponent served a true copy of the annexed **PLAINTIFF GREAT WHITE BEAR LLC'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT MERVYNS'S MOTION FOR JUDGMENT ON THE PLEADINGS AND IN SUPPORT OF PLAINTIFF GREAT WHITE BEAR LLC'S CROSS-MOTION TO AMEND, NOTICE OF CROSS-MOTION** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1008 8478, in a pre-paid wrapper addressed to:

**TO:**   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
       **Attn.: Lisa T. Simpson, Esq./Rishona Fleishman, Esq.**
       **666 Fifth Avenue**
       **New York, New York 10103**

                                  **Marianna Bediner**

Sworn to before me this
1st day of March, 2007

**NOTARY PUBLIC**

ALAN M. SHECTMAN
Notary Public, State of New York
No. 02SH5049602
Qualified in Putnam County
Commission Expires September 18, 2009