

RECEIVED
MAR 0 1 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**GREAT WHITE BEAR, LLC**

                **Plaintiff,**

    **-against -**

**MERVYNS, LLC,**

                **Defendant.**

---------------------------------------------------------------X

**06 Civ. 13358 (RMB)(FM)**

**STIPULATION AND ORDER**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel in the above-captioned action, that:

    1.    Plaintiff's time to submit its opposition to Defendant's Motion for Judgment on the Pleadings is extended from February 28, 2007 to March 2, 2007;

    2.    Defendant's time to reply to Plaintiff's opposition to the Motion for Judgement on the Pleadings is extended from March 14, 2007 to March 16, 2007; and

    3.    This Stipulation may be signed in counterparts, and a facsimile or e-mailed copy shall be deemed to be an original for all purposes.

**Dated:  New York, New York**
        **February 27, 2007**


**NESENOFF & MILTENBERG, LLP**

By: _____
    Philip A. Byler, Esq. (PB-1734)

**363 Seventh Avenue - 5th Floor**
**New York, New York 10001**
**212.736.4500**

**Attorneys for Plaintiff**
    *Great White Bear, LLC.*

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**

By: _____
    Rishona Fleishman, Esq. (RF-5263)

**666 Fifth Avenue**
**New York, New York 10103**
**212.506.5000**

**Attorneys for Defendant**
    *Mervyns, LLC.*


**SO ORDERED:**

RMB

**Date**
   **3/1/07**

*Richard M. Berman*

**Honorable Richard M. Berman**
**United States District Judge**

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/07