Lisa T. Simpson (LS-0694)
Rishona Fleishman (RF-5263)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Telephone: (212) 506-5000

Attorneys for Defendant
Mervyn's LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Great White Bear, LLC,<br><br>            Plaintiff,<br><br>    -against-<br><br>Mervyns, LLC,<br><br>            Defendant. | 06 Civ. 13358 (RMB)(FM)<br><br>**DECLARATION OF<br>LISA T. SIMPSON** |

LISA T. SIMPSON declares:

1.       I am a member of the Bar of this Court and of the firm Orrick, Herrington &

Sutcliffe LLP, attorneys for defendant Mervyn's LLC ("Mervyn's") in this action.  I submit this

declaration in support of Mervyn's' motion for judgment on the pleadings pursuant to Federal

Rule of Civil Procedure 12(c) and in opposition to the cross-motion to amend the complaint filed

by Plaintiff Great White Bear LLC ("GWB").

2.       Attached hereto as Exhibit A is a true and correct copy of what purports to be a

transcription of a voicemail left by Scott Jeffries of Mervyn's for Sandy Fodiman of GWB,

marked P 01090, and produced by GWB on February 7, 2007.

3.      Attached hereto as Exhibit B for easy cross-reference is a copy of the March 31, 2005 e-mail, produced by GWB and marked P 01091, which is referenced in GWB's proposed Second Amended Complaint and is submitted as Exhibit A to the Declaration of Danny Fodiman in Opposition to Motion for Judgment on the Pleadings and in Support of Cross-Motion to Amend, dated February 27, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on March 16, 2007.

Lisa T. Simpson

# EXHIBIT A

BEGIN VM MESSAGE # 3

S. Jeffries:    Hey Sanford it's Scott, I got some rough numbers for you. Um, I'm lookin' at about nine million dollars in sales on the collections, over eighteen months that's on two fixtures. And I've got ya' at like, four million two on active. 'Cause I actually have, some fabrics to give you, what my proposal was, what is for ten six for you to take over the Side Out active fixture. I couldn't move the back to school, 'cause we were already in production. So that'll get you to a total sales figure of thirteen million two fifty, ah, and that would equate to roughly twenty million seven in retail purchases. And that's at a thirty-eight margin right, so I'm guessing we probably wanna' be at sixty-seven, sixty-eight mark up so you can back that out to get to cost purchases. Um, this is a little high from the perspective of four way productivity, 'cause that did not back out the table um, but that gets you basically to my ra- ah, average rack productivity for the department, so I- I don't know if you wanna' take it down ten percent, but I- I feel like this- it's pretty aggressive as it sits today. Give me a call if you have any questions ah, I'm in between appointments. I had to come down to the lobby, hopefully you're getting a good signal and you can hear everything. I will talk to you later, bye.

END VM MESSAGE # 3

P 01090

# EXHIBIT B

Yahoo! My Yahoo! Mail    Search:    Web Search

# YAHOO! MAIL

Welcome, dfodiman
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help



| Mail ▼ | Addresses ▼ | Calendar ▼ | Notepad ▼ | | Mail For Mobile - Mail Upgrades - Options |

Check Mail    Compose

Search Mail    Search the Web

A card in 3 days
for bad credit*

Previous | Next | Back to Search Results



**Folders**    [Add - Edit]

**Inbox (1)**

Draft

Sent

Bulk    [Empty]

Trash    [Empty]

**My Folders**    [Hide]

Bubble Gum

Charming

Kohis

Neimans

Nordstrom

Todd

doggin it

jf

marsha

sanjay

sara smith

todd fodiman

**Search Shortcuts**

My Photos

My Attachments

See your credit
score - free

Don't quit job
1 year degree

Mortgage rates
low as 4.625%*

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Subject:** RE:

**Date:** Thu, 31 Mar 2005 14:09:39 -0800

**From:** "Scott.Jeffries" <Scott.Jeffries@mervyns.com>    View Contact Details    Add Mobile Alert

**To:** "Danny Fodiman" <dfodiman@yahoo.com>

I'll make it up in the last 12 months.  Nothing else I can do in this
season unless my sales plan is raised to accommodate.

-----Original Message-----
From: Danny Fodiman [mailto:dfodiman@yahoo.com]
Sent: Thursday, March 31, 2005 1:36 PM
To: Scott.Jeffries
Subject:

Hi Scott Sandy asked me to forward this message to you. He was
concerned
after the conversation he had with you the other day. Based upon your
original phone message which told Sandy that the collections would be
$9,000,000 at cost and active would be $4,200,000 at cost (13,200,000)
over an 18 month period he wanted to know if we would be able to hit
the
numbers you had given him.That would translate based on your message to
$20,700,000 in retail sales at a 38% maintained guaranteed margin with
the initial IMU at 67%. The reason for this concern is the guarantees
which we have already given Rampage. I realize that you had said the
number could be agressive and maybe 10% high but our guarantees are
substantial. Please bear this in mind.  Best Regards,Sandy

Delete    Reply    Forward    Spam    Move

Previous | Next | Search Results

Save Message Text | Full Header

P 01091