# AFFIDAVIT OF UPS OVERNIGHT

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

      **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 30th day of April, 2007, deponent served a true copy of the annexed **SECOND AMENDED COMPLAINT** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1009 1142, in a pre-paid wrapper addressed to:

**TO:**   ORRICK, HERRINGTON & SUTCLIFFE LLP
        Attn.: Lisa T. Simpson, Esq./Rishona Fleishman, Esq.
        666 Fifth Avenue
        New York, New York 10103

_____
**Marianna Bediner**

Sworn to before me this
30th day of April, 2007

_____
**NOTARY PUBLIC**

SHARI S. LASKOWITZ
Notary Public, State of New York
No. 02LA6046659
Qualified in New York County
Commission Expires August 14, 20_10_