UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GREAT WHITE BEAR, LLC,

                Plaintiff,

   -against-

                                              06 **CIVIL** 13358 (RMB)(FM)

MERVYNS.

                Defendants.
------------------------------------------------------------x

    USDC SDNY
    DOCUMENT
    ELECTRONICALLY FILED
    DOC #:
    DATE FILED: 6/28/07

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:*<br><br>**Post Judgment Discovery** | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| _____ | Inquest After Default/Damages Hearing | _____ | Particular Motion: _____ |
| | | | All Such Motions: _____ |

*  Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       June 28, 2007



RICHARD M. BERMAN
U.S.D.J.