UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREAT WHITE BEAR, LLC,

                Plaintiff,  :  **ORDER**

    -against-  :  06 Civ. 13358 (RMB)(FM)

MERVYNS, LLC,

                Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to a conference held earlier today, it is hereby ORDERED that

1. On or before July 20, 2007, Great White Bear shall

    a. notice Rule 30(b)(6) depositions as to the issues raised at the conference; and

    b. if necessary, subpoena Target for the production of documents relevant to this action.

2. On or before August 17, 2007, Great White Bear shall take its Rule 30(b)(6) depositions.

3. A telephone conference shall be held September 11, 2007, at 2 p.m. Counsel for Great White Bear shall initiate the call by dialing the main number of Chambers, (212) 805-6727.

4.  On or before October 19, 2007, all fact discovery shall be completed.

SO ORDERED.

Dated:   New York, New York
         July 18, 2007

                                    _____
                                    FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Honorable Richard M. Berman
United States District Judge

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
Fax: (212) 736-2260

Lisa T. Simpson, Esq.
Orrick, Herrington & Sutcliffe LLP
Fax: (212) 506-5151