UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GREAT WHITE BEAR, LLC,                          :

                Plaintiff,     :    **ORDER**

   -against-                                   :    06 Civ. 13358 (RMB)(FM)

MERVYNS, LLC,                                   :

                Defendant.     :

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that a further telephone conference shall be held on October 22, 2007, at

5:30 p.m. Counsel for Great White Bear shall initiate the call by dialing the main number

of Chambers, (212) 805-6727.

       SO ORDERED.

Dated:    New York, New York
             September 11, 2007

                                                    FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Honorable Richard M. Berman
United States District Judge

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
Fax: (212) 736-2260

Lisa T. Simpson, Esq.
Orrick, Herrington & Sutcliffe LLP
Fax: (212) 506-5151