USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREAT WHITE BEAR, LLC,

       Plaintiff,  : **ORDER**

  -against-      : 06 Civ. 13358 (RMB)(FM)

MERVYNS, LLC,      :

       Defendant. :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

  Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that:

1. The date by which all fact discovery shall be completed is extended until November 28, 2007.

2. A further telephone conference shall be held on November 27, 2007, at 2:00 p.m. Counsel for Great White Bear shall initiate the call by dialing the main number of Chambers, (212) 805-6727.

SO ORDERED.

Dated: New York, New York
    October 22, 2007

                _____
                FRANK MAAS
                United States Magistrate Judge

Copies to:

Honorable Richard M. Berman
United States District Judge

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
Fax: (212) 736-2260

Lisa T. Simpson, Esq.
Orrick, Herrington & Sutcliffe LLP
Fax: (212) 506-5151