**MEMO ENDORSED**



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

*Adjourn conference to 12/4/07 @ 10:00 AM*

Lisa T. Simpson
(212) 506-3767
lsimpson@orrick.com

**SO ORDERED:**
Date: 10/24/07  *Richard M. Berman*
Richard M. Berman, U.S.D.J.

October 23, 2007

**BY FACSIMILE**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re:    Great White Bear, LLC v. Mervyns, LLC (06 CV 13358)

Dear Judge Berman:

      We represent Defendant Mervyn's LLC in the above-referenced matter. Please allow this letter to confirm the request made by counsel for both parties in the above-referenced matter today by phone for an adjournment of the settlement conference, currently scheduled for October 25, 2007, to December 4, 2007 at 10:00 a.m.

      This matter was referred to the Honorable Frank Maas for general pretrial matters, including discovery, on June 28, 2007. On Monday, October 22, 2007, the parties participated in a telephone conference before Magistrate Judge Maas at which Magistrate Judge Mass extended the fact discovery deadline to November 28, 2007. Magistrate Judge Maas also scheduled a status conference for November 27, 2007. The parties believe that a settlement conference would be most effective after the close of discovery and therefore respectfully request the adjournment of that conference to December 4, 2007.

Respectfully submitted,

*Lisa T. Simpson*
Lisa T. Simpson

cc:    Philip A. Byler, Esq. (By Facsimile and E-Mail)
       Counsel for Great White Bear, LLC



RECEIVED OCT 23 2007 RICHARD M. BERMAN

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10.24.07
```