UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREAT WHITE BEAR, LLC,                          :

                Plaintiff,            :    **ORDER**

  -against-                                    :    06 Civ. 13358 (RMB)(FM)

MERVYNS, LLC,                                   :

                Defendant.            :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

    Pursuant to a telephone conference held yesterday, it is hereby

ORDERED that:

1. On or before December 14, 2007, the plaintiff shall identify its experts and provide the defendant with all of the information required by Fed. R. Civ. P. 26(a)(2), other than its experts' reports.

2. On or before January 11, 2008, the plaintiff shall serve its experts' reports.

3. On or before February 8, 2008, the defendant shall provide the plaintiff with all of the information required by Fed. R. Civ. P. 26(a)(2), including its experts' reports.

4. On or before February 22, 2008, the plaintiff shall serve any rebuttal reports.

5. On or before March 14, 2008, expert discovery shall be completed.

6.  A further telephone conference shall be held on March 31, 2008, at 10:00 a.m. Counsel for the plaintiff shall initiate the call by dialing the main number of Chambers, (212) 805-6727.

SO ORDERED.

Dated:    New York, New York
         November 29, 2007

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Richard M. Berman
United States District Judge

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
Fax: (212) 736-2260

Lisa T. Simpson, Esq.
Orrick, Herrington & Sutcliffe LLP
Fax: (212) 506-5151