UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GREAT WHITE BEAR, LLC           |
                                |   06 Civ. 13358 (RMB)(FM)
        Plaintiff,              |
                                |
  -against -                  |
                                |
MERVYNS, LLC,                   |
                                |
        Defendant.              |
------------------------------------------------------------x

### PLAINTIFF'S FED. R. 26(a)(2)(A) CIV. P. DISCLOSURE OF EXPERT WITNESSES

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Plaintiff GREAT WHITE BEAR, LLC ("Plaintiff"), by its attorneys Nesenoff & Miltenberg, LLP, hereby discloses Plaintiff's expert witnesses:

**Industry Expert**

| | |
|---|---|
| Name & Address: | Laurence P. Lazar<br>201 East 36th Street<br>New York, New York 10016 |
| Expert's Background: | Graduated with B.A. from University of Miami (Fl.)<br>President and Principal of Network Industries Corp. (1978-2004)<br>   - $65-$70 million revenues company in garment industry<br>   - Customers included K Mart and Walmart<br>Importing Consultant (2004-present) |

**Damages Expert**

| | |
|---|---|
| Name & Address: | Stephen J. Rankel<br>Citrin Cooperman & Company, LLP<br>529 Fifth Avenue<br>New York, New York 10017 |

-2-

Expert's Background:    See Exhibit A attached hereto.

Dated:    New York, New York
         December 13, 2007                NESENOFF & MILTENBERG, LLP

                                          By: _____
                                              Philip A. Byler, Esq. (PB 4234)

                                          Attorneys for Plaintiff Great
                                              White Bear, LLC
                                          363 Seventh Avenue - 5th Floor
                                          New York, New York 10001
                                          212.736.4500


TO:   ORRICK, HERRINGTON & SUTCLIFFE LLP
      Attorneys for Defendant Mervyns, LLC
      Attn.: Lisa T. Simpson, Esq./Rishona Fleishman, Esq.
      666 Fifth Avenue
      New York, New York 10103
      212.506.5000

Stephen J. Rankel
Business Profile

College:    Bernard M. Baruch College
            Graduated February 1980
            Degree - Bachelor of Business Administration (Cum Laude)

Certified Public Accountant:   November 7, 1983

Member of:  N.Y.S. Society of CPA's
            AICPA

Work Experience:   Weinick Sanders & Co. (changed name July 1, 1997 to
                   Weinick Sanders Leventhal & Co., LLP) [1]

April 1980 to September 1984 - Staff Accountant
September 1984 to March 1985 - Worked for a client in the Apparel Industry
March 1985 to April 1987 - Manager Weinick Sanders & Co.
April 1987 to December 1991 - Partner
January 1992 to March 1996 - Executive Partner
March 1996 to July 2005 - Managing Partner [2]

Citrin Cooperman & Co., LLP:
August 2005 to Present - Executive Partner


[1]  This firm specializes in the Apparel & Textile Industry with clients of revenues of
     ½ million to $300 million.

[2]  On July 31, 2005, this firm liquidated and 4 partners of Weinick Sanders Leventhal &
     Co., LLP joined Citrin Cooperman & Co., LLP.