# AFFIDAVIT OF UPS OVERNIGHT

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

**MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

On the 13th day of December, 2007, deponent served a true copy of the annexed **PLAINTIFF'S FED. R. 26(a)(2)(A) CIV. P. DISCLOSURE OF EXPERT WITNESSES** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1012 9601, in a pre-paid wrapper addressed to:

TO:   Lisa T. Simpson, Esq.
      Orrick, Herrington & Sutcliffe, LLP
      666 Fifth Avenue
      New York, New York 10103

_____
Marianna Bediner

Sworn to before me this
13th day of December, 2007

_____
**NOTARY PUBLIC**

LAINE A. ARMSTRONG
Notary Public, State of New York
No. 02AR6145936
Qualified in New York County
Commission Expires May 15, 20 _10_