```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08
```

**NESENOFF & MILTENBERG, LLP**
ATTORNEYS AT LAW
363 SEVENTH AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10001-3904

TELEPHONE (212) 736-4500
TELECOPIER (212) 736-2260

**MEMO ENDORSED**

IRA S. NESENOFF
ANDREW T. MILTENBERG

PHILIP A. BYLER
ALAN M. SHECTMAN
SHARI S. LASKOWITZ
LAINE A. ARMSTRONG
MEGAN S. GODDARD
ANDREW B. PLOTKIN

PARALEGAL
TANYA C. SIMMONS

January 11, 2008

APPLICATION GRANTED
SO ORDERED

_/s/ Frank Maas_
Frank Maas, USMJ  1/11/08

**BY TELECOPIER: 212-805-6724**
The Honorable Frank Maas, United States Magistrate Judge
United States District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street - Room 740
New York, New York 10007

    Re:  *Great White Bear, LLC. v. Mervyns, LLC*
           Index No. 06 Civ. 13358 (S.D.N.Y.)(RMB)(FM)

Dear Judge Maas:

    I am the attorney for the Plaintiff Great White Bear, LLC. ("Plaintiff GWB") in the above-referenced diversity breach of contract action, but I write this letter on behalf of both Lisa Simpson, Esq., attorney for Defendant Mervyns, LLC ("Defendant Mervyns"), and myself. Counsel have agreed, in respectful deference to each other's professional schedule and commitments as well as experts' schedules and commitments, to adjust the following dates in the schedule for expert discovery: Plaintiff GWB's experts are due to be served January 21 (identity of Plaintiff GWB's experts has already been made per the original schedule); Defendant Mervyns's reports are due to be served February 27; and Plaintiff GWB's rebuttal reports are due to be served March 10. Because the original schedule dates were Court-ordered dates, both Lisa Simpson and I hereby respectfully request that the Court to "so order" this letter to make the agreed upon dates above the new Court-ordered dates. We thank you for your attention to this matter.

                                    Respectfully submitted,
                                      NESENOFF & MILTENBERG, LLP

                                      By: _/s/ Philip A. Byler_
                                            Philip A. Byler, Esq.

    cc:  Orrick, Herrington & Sutcliffe, LLP. - by telecopier
          (Lisa T. Simpson, Esq.)