UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREAT WHITE BEAR, LLC,                :

                Plaintiff,         :     **ORDER**

    -against-                          :     06 Civ. 13358 (RMB)(FM)

MERVYNS, LLC,                         :

                Defendant.        :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       I previously scheduled a telephone conference in this matter for April 8, 2008, at 2:00 p.m., which shall supercede the telephone conference scheduled for March 31, 2008. During the conference, in addition to Mr. Rankel's report, the Court will discuss changes to the discovery schedule, including a new date by which the defendant shall serve its expert reports.

       SO ORDERED.

Dated:    New York, New York
             March 26, 2008

                                                  FRANK MAAS
                                      United States Magistrate Judge

Copies to:

Honorable Richard M. Berman
United States District Judge

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
Fax: (212) 736-2260

Lisa T. Simpson, Esq.
Orrick, Herrington & Sutcliffe LLP
Fax: (212) 506-5151