UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GREAT WHITE BEAR, LLC,                              :

                    Plaintiff,        :    **ORDER**

    -against-                                         :    06 Civ. 13358 (RMB)(FM)

MERVYNS, LLC,                                       :

                    Defendant.        :

-------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that:

1. By 5:00 p.m. on April 10, 2008, the plaintiff shall provide the defendant with Mr. Rankel's **final** expert report, together with any necessary schedules and other documentation. The amended report shall take the form of one cohesive report, not supplements to the prior reports prepared by the expert.

2. On or before April 17, 2008, the defendant may file a motion to strike Mr. Rankel's report if it believes inadequacies persist.

3. On or before April 24, 2008, the plaintiff shall file any opposition papers.

4. The defendant need not produce its own experts' reports until further order of the Court.

5. A further telephone conference shall be held on April 29, 2007, at 10:00 a.m. Counsel for the defendant shall initiate the call by dialing Chambers at (212) 805-6727.

SO ORDERED.

Dated: New York, New York
April 8, 2008

SO ORDERED.

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Richard M. Berman
United States District Judge

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
Fax: (212) 736-2260

Lisa T. Simpson, Esq.
Orrick, Herrington & Sutcliffe LLP
Fax: (212) 506-5151