Lisa T. Simpson
Rishona Fleishman
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Telephone: (212) 506-5000

Attorneys for Defendant
Mervyn's LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Great White Bear, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>Mervyns, LLC,<br><br>Defendant. | 06 Civ. 13358 (RMB)(FM)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the attached Declaration of Lisa T. Simpson, dated April 17, 2008, and the exhibits attached thereto, the accompanying Memorandum of Law, and all papers and documents filed with the Court in this action, Defendant Mervyn's LLC will move this United States District Court, before the Honorable Frank Maas, in the United States Courthouse located at 500 Pearl Street, New York, New York, for an order pursuant to Federal Rules of Civil Procedure 26(a)(2)(B), 37(b)(2), and 37(c)(1) striking Items 3, 4, 5, 6, 7, and 8 from the expert report of Stephen J. Rankel, submitted on April 10, 2008 by Plaintiff Great White Bear, LLC, precluding Plaintiff's reliance on Mr. Rankel's testimony with regard to those alleged Items of damages, and further requiring Plaintiff to pay any and all legal fees and costs incurred by Defendant associated with the preparation of this motion, the two applications made to the Court regarding Plaintiff's insufficient expert reports, dated February 21, 2008 and March 21, 2008, and the three letters, dated February 6, 2008,

February 19, 2008, and March 6, 2008, to Plaintiff's counsel regarding Plaintiff's insufficient expert reports, as well as any other relief that the Court deems proper.

Dated: New York, New York
      April 17, 2008

                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By _____
                                  Lisa T. Simpson
                                  Rishona Fleishman

                              666 Fifth Avenue
                              New York, NY  10103-0001
                              212-506-5000

                              Attorneys for Defendant
                              Mervyn's LLC