## AFFIDAVIT OF UPS OVERNIGHT

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

     **NINOSKA DEOLEO** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

     On the 24th day of April, 2008, deponent served a true copy of the annexed **PLAINTIFF GREAT WHITE BEAR LLC'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT MERVYN'S LLC'S MOTION TO STRIKE ITEMS 3-8 IN EXPERT REPORT OF STEPHEN J. RANKEL, C.P.A. AND FOR FEES AND COSTS** UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1014 0795, in a pre-paid wrapper addressed to:

TO:   Lisa T. Simpson, Esq.
       Orrick, Herrington & Sutcliffe, LLP
       666 Fifth Avenue
       New York, New York 10103

                                     _____
                                     Ninoska Deoleo

Sworn to before me this
24th day of April, 2008

_____
NOTARY PUBLIC

ALAN M. SHECTMAN
Notary Public, State of New York
No. 02SH5049602
Qualified in Putnam County
Commission Expires September 18, 20__

## AFFIDAVIT OF UPS OVERNIGHT

STATE OF NEW YORK )
                               )ss.:
COUNTY OF NEW YORK )

        **NINOSKA DEOLEO** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

        On the 24th day of April, 2008, deponent served a true copy of the annexed **DECLARATION OF PHILIP A. BYLER, ESQ. IN OPPOSITION TO MOTION TO STRIKE ITEMS 3-8 IN RANKEL REPORT AND AWARD FEES AND COSTS** UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1014 0795, in a pre-paid wrapper addressed to:

TO:   Lisa T. Simpson, Esq.
        Orrick, Herrington & Sutcliffe, LLP
        666 Fifth Avenue
        New York, New York 10103


                                                                  Ninoska Deoleo

Sworn to before me this
24th day of April, 2008

_____
NOTARY PUBLIC

ALAN M. SHECTMAN
Notary Public, State of New York
No. 02SH5049602
Qualified in Putnam County
Commission Expires September 18, 2009