UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GREAT WHITE BEAR, LLC,                           :

                Plaintiff,             :    **ORDER**

     -against-                                      :    06 Civ. 13358 (RMB)(FM)

MERVYNS, LLC,                                    :

                Defendant.            :
------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that:

1. On or before June 20, 2008, the defendant shall serve its experts' reports.

2. On or before July 11, 2008,

    a. expert discovery shall be completed; and

    b. any party wishing to make a dispositive motion shall submit to Judge Berman a written request for a pre-motion conference.

    SO ORDERED.

Dated:    New York, New York
            June 4, 2008

                                          FRANK MAAS
                                 United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/08

Copies to:

Honorable Richard M. Berman
United States District Judge

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
Fax: (212) 736-2260

Lisa T. Simpson, Esq.
Orrick, Herrington & Sutcliffe LLP
Fax: (212) 506-5151