## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

      **NINOSKA DEOLEO** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 6th day of June, 2008 deponents served a true copy of the annexed **PLAINTIFF'S GRETA WHITE BEAR LLC'S OBJECTIONS TO: (I) THE MEMORANDUM DECISION AND ORDER OF U.S. MAGISTRATE JUDGE MASS DATED MAY 27, 2008 AND (II) THE ORDER OF U.S. MAGISTRATE JUDGE MASS DATED JUNE 4, 2008** by First Class Mail in a pre-wrapped package addressed to:

TO:   ORRICK, HERRINGTON & SUTCLIFFE, LLP
       Lisa T. Simpson, Esq.
       666 Fifth Avenue
       New York, New York 10103

_____
Ninoska Deoleo

Sworn to before me this
6th day of June, 2008

_____
NOTARY PUBLIC

SHARI S. LASKOWITZ
Notary Public, State of New York
No. 02LA6046659
Qualified in New York County
Commission Expires August 14, 2010