USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

GREAT WHITE BEAR, LLC,                :

           Plaintiff,          :        **ORDER**

   -against-                                :        06 Civ. 13358 (RMB)(FM)

MERVYNS, LLC,                              :

           Defendant.         :

----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Judge Berman having rejected the plaintiff's objections to my order dated May 27, 2008, it is hereby ORDERED that:

1. On or before July 28, 2008, the defendant shall serve its experts' reports.

2. On or before August 15, 2008,

    a. expert discovery shall be completed; and

    b. any party wishing to make a dispositive motion shall submit to Judge Berman a written request for a pre-motion conference.

SO ORDERED.

Dated:    New York, New York
          July 14, 2008

                                                FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Honorable Richard M. Berman
United States District Judge

Philip A. Byler, Esq.
Nesenoff & Miltenberg LLP
Fax: (212) 736-2260

Lisa T. Simpson, Esq.
Orrick, Herrington & Sutcliffe LLP
Fax: (212) 506-5151