

**ORRICK**



RECEIVED
AUG 05 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

August 4, 2008

**MEMO ENDORSED**

Lisa T. Simpson
(212) 506-3767
lsimpson@orrick.com

*BY OVERNIGHT DELIVERY*

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

The Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 740
New York, NY 10007

> The Clerk is respectfully requested to place this action on the suspense calendar. The parties are directed to update the Court in writing on the status of this action every 60 days.
>
> SO ORDERED:
> Date: 8/6/08
>
> *Richard A. Berman*
> Richard M. Berman, U.S.D.J.

Re:    *Great White Bear, LLC v. Mervyn's, LLC* (06 CV 13358)

06 CV 13358

Dear Judge Berman and Magistrate Judge Maas:

We are counsel of record for Defendant Mervyn's LLC ("Mervyn's") in the above-referenced matter. Please take notice that on July 29, 2008, Defendant Mervyn's LLC filed a petition in the United States Bankruptcy Court, D. Delaware, Case No. 08-11586, seeking relief under Chapter 11 of the United States Bankruptcy Code. Accordingly, under 11 U.S.C. Section 362(a), an automatic stay of the above-captioned proceedings is now in effect.

Enclosed please find a courtesy copy of the Notice of Suggestion on Pendency of Bankruptcy and Automatic Stay of Proceedings electronically filed with the Court on August 4, 2008.

Respectfully submitted,

*Lisa T. Simpson*
Lisa T. Simpson

8/6/08

Enclosure

cc:    Philip A. Byler, Esq. (By Overnight Delivery)
       Counsel for Great White Bear, LLC